UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN ROY PHILLIPS | CIVIL ACTION |
| VERSUS | NO. 23-1833 |
| TANGIPAHOA PARISH JAIL, ET AL. | SECTION "R" (5) |

# ORDER

Plaintiff Alvin Roy Phillips, proceeding *pro se* and *in forma pauperis*, brings this action under 42 U.S.C. § 1983, alleging that he was subjected to unsanitary conditions while housed at the Tangipahoa Parish Jail.[1] On July 21, 2023, Chief Magistrate Judge Michael B. North issued a Report & Recommendation ("R&R"), recommending that the Court dismiss plaintiff's complaint as legally frivolous and for failing to state a claim upon which relief can be granted.[2] *See* 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Plaintiff did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note

---

[1] R. Doc. 5.
[2] R. Doc. 8.

(1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Chief Magistrate Judge North's R&R as its opinion. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __14th__ day of August, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE